```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ADRIAN E. PARKER              :       CIVIL ACTION
                              :
         v.                   :
                              :
NUTRISYSTEM, INC.             :       NO. 08-1508
```

ORDER

AND NOW, this 30th day of July, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiffs for summary judgment is DENIED;

(2) the motion of defendant NutriSystem, Inc. for summary judgment as to plaintiffs Adrian E. Parker, Donald J. Wilson, Frank L. Stephens, IV, Monica Thompson, and Senya Saunders is GRANTED; and

(3) judgment is entered in favor of defendant NutriSystem and against plaintiffs Adrian E. Parker, Donald J. Wilson, Frank L. Stephens, IV, Monica Thompson, and Senya Saunders.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                  C.J.